UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-1092 ABC (JCx) | Date | March 7, 2008 |
|---|---|---|---|
| Title | Ticketmaster LLC v. Designer Tickets & Tours, Inc., et al. | | |

Present: The Honorable   Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   RE: MOTION TO DISMISS COUNTERCLAIMS (In Chambers)

　　　Currently pending before the Court is a Motion to Dismiss Counterclaims, filed December 21, 2007 by Plaintiff/Counterdefendant Ticketmaster L.L.C.  Upon consideration of the materials submitted by the parties and the case file, the Court finds the Motion appropriate for determination without oral argument.  See Fed. R. Civ. P. 78(b); Local Rule 7-15.  The Court therefore **VACATES** the hearing set for March 10, 2008, and takes the motion **UNDER SUBMISSION**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：

Initials of Preparer   DA