| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | ROBERT H. PLATT (Bar No. CA 108533) |
| 2 | rplatt@manatt.com |
| | MARK S. LEE (Bar No. CA 94103) |
| 3 | mlee@manatt.com |
| | DONALD R. BROWN (Bar No. CA 156548) |
| 4 | dbrown@manatt.com |
| | 11355 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 6 | Facsimile: (310) 312-4224 |

JS-6

Attorneys for *Plaintiff and Counterdefendant*
TICKETMASTER L.L.C.

NORRIS & GALANTER LLP
DONALD G. NORRIS (SBN 90000)
dnorris@norgallaw.com
DOUGLAS F. GALANTER (SBN 93740)
555 West Fifth Street, 30th Floor
Los Angeles, California 90013
Telephone: (213) 996-8465
Facsimile: (213) 996-8475

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (SBN 26202)
mblecher@blechercollins.com
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for *Defendant and Counterclaimant*
DESIGNER TICKETS & TOURS, INC. and
*Defendants* KURT UNGER and KEN SOLKY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DESIGNER TICKETS AND TOURS, INC., et al.,<br><br>Defendants. | Case No. CV 07-1092 ABC (JCx)<br><br>Hon. Audrey B. Collins<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41286228.2

[PROPOSED] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE

1  DESIGNER TICKETS & TOURS,
2  INC., a California corporation,
3      Counterclaimant,
4      vs.
5  TICKETMASTER L.L.C., a Virginia limited liability company,
6      Counterdefendant.
7
8                    **ORDER**
9      IT IS HEREBY ORDERED that this entire action, including all claims and
10 counterclaims asserted in the action, is dismissed with prejudice and that all parties
11 shall bear their own fees and costs in connection with the action.
12     IT IS SO ORDERED

13
Dated: June_13, 2008_____        _____
14                                      HON. AUDREY B. COLLINS
                                        U.S. District Court Judge
15

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41286228.2                    2

[PROPOSED] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE